# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID K. SEALY, KERRY CARTER and HARVEY L. DAVIS on behalf of the Old Dominion 401(k) Retirement Plan, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OLD DOMINION FREIGHT LINE, INC.,<br><br>Defendant. | Case No. 1:23-cv-819-TDS-LPA |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER: PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT; CERTIFYING THE PROPOSED SETTLEMENT CLASS; APPOINTING CLASS COUNSEL; APPROVING THE FORM AND MANNER OF CLASS NOTICE; APPOINTING A SETTLEMENT ADMINISTRATOR; AND SCHEDULING A FINAL SETTLEMENT HEARING AND HEARING ON PLAINTIFFS' CASE CONTRIBUTION AWARDS AND ATTORNEYS' FEES AND EXPENSES**

Plaintiffs hereby respectfully move for an Order preliminarily approving the Parties' class action settlement; certifying the proposed settlement class; appointing class counsel; approving the form and manner of class notice; appointing a settlement administrator; and, finally, scheduling a final settlement hearing and hearing on Plaintiffs' case contribution awards and attorneys' fees and expenses. This Motion is supported by an accompanying Memorandum of Law with exhibits.

Defendant supports and joins in the relief requested in Plaintiffs' Motion for Preliminary Approval of Settlement. However, Defendant does not necessarily agree with

1

all the averments and conclusions stated by Plaintiffs in their pleadings in support of this Motion for Preliminary Approval of Settlement.

Dated: July 21, 2025					Respectfully submitted,


							*/s/Matthew Norris*
							**MATTHEW NORRIS**
							NC Bar No. 37206
							**NORRIS LAW FIRM, PLLC**
							1776 Heritage Center Drive, Suite 204
							Wake Forest, NC 27687
							Telephone: (919) 981-4475
							Facsimile: (919) 926-1676
							Email: matt@lemonlawnc.com

							**BRANDON J. HILL** (special appearance)
							Florida Bar Number: 37061
							**LUIS A. CABASSA** (special appearance)
							Florida Bar Number: 0053643
							**AMANDA E. HEYSTEK** (special appearance)
							Florida Bar Number: 0285020
							**WENZEL FENTON CABASSA, P.A.**
							1110 North Florida Ave., Suite 300
							Tampa, Florida 33602
							Direct: 813-337-7992
							Main: 813-224-0431
							Facsimile: 813-229-8712
							Email: bhill@wfclaw.com
							Email: lcabassa@wfclaw.com
							Email: gnichols@wfclaw.com

							**MICHAEL MCKAY** (special appearance)
							**MCKAY LAW, LLC**
							5635 N. Scottsdale Road, Suite 170
							Scottsdale, Arizona 85258
							Telephone: (480) 681-7000
							Facsimile: (480) 348-3999
							Email: mmckay@mckaylaw.us

**MARC R. EDELMAN** (special appearance)
Florida Bar No. 0096342
**MORGAN & MORGAN, P.A.**
201 N. Franklin Street, Suite 700
Tampa, Florida 33602
Telephone: 813-223-5505
Facsimile: 813-257-0572
Email: medelman@forthepeople.com

*Attorneys for Plaintiffs and
the Proposed Class*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st day of July, 2025, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice to all counsel of record.

/s/ Matthew Norris
**MATTHEW NORRIS**

4906-9394-9526, v. 1

3