# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID K. SEALY, KERRY CARTER and HARVEY L. DAVIS on behalf of the Old Dominion 401(k) Retirement Plan, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OLD DOMINION FREIGHT LINE, INC.,<br><br>Defendant. | Case No. 1:23-cv-819-TDS-LPA |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs respectfully move for an Order granting final approval of the parties' class action settlement agreement. This motion is supported by an accompanying Memorandum of Law with exhibits. This motion is unopposed.

Dated: December 12, 2025.                    Respectfully submitted,

*/s/ Matthew Norris*
Matthew Norris (NC Bar No. 37206)
**NORRIS LAW FIRM, PLLC**
1776 Heritage Center Drive, Suite 204
Wake Forest, North Carolina 27687
Telephone: (919) 981-4475
Facsimile: (919) 926-1676
Email: matt@lemonlawnc.com

Brandon J. Hill (special appearance)
Luis A. Cabassa (special appearance)
Amanda E. Heystek (special appearance)

1

**WENZEL FENTON CABASSA, P.A.**
1110 North Florida Avenue, Suite 300
Tampa, Florida 33602
Telephone: (813) 224-0431
Email: bhill@wfclaw.com
Email: lcabassa@wfclaw.com
Email: aheystek@wfclaw.com

Michael McKay (special appearance)
**MCKAY LAW, LLC**
5635 North Scottsdale Road, Suite 170
Scottsdale, Arizona 85258
Email: mmckay@mckaylaw.us

Marc R. Edelman (special appearance)
**MORGAN & MORGAN, P.A.**
201 North Franklin Street, Suite 700
Tampa, Florida 33602
Telephone: (813) 223-5505
Email: medelman@forthepeople.com

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I certify that on December 12, 2025, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice to all counsel of record.

                                              */s/ Matthew Norris*
                                              Matthew Norris