IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID K. SEALY, KERRY CARTER and
HARVEY L. DAVIS on behalf of the
Old Dominion 401(k) Retirement
Plan, and all others similarly
situated,

              Plaintiffs,

    v.                                    1:23CV819

OLD DOMINION FREIGHT LINE, INC.,

              Defendant.

## JUDGMENT

For the reasons set out in the Memorandum Order entered contemporaneously with this Judgment,

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiffs' unopposed motion for final approval of the class action settlement (Doc. 47) is GRANTED; Plaintiffs' unopposed motion for attorneys' fees, costs, and case contribution awards (Doc. 49) is GRANTED; the settlement of this action is APPROVED and the Agreement may be consummated; the above-captioned case is DISMISSED WITH PREJUDICE; and the court will retain jurisdiction for the sole purpose of interpreting and enforcing the settlement.

The Clerk of Court is directed to close this case.

                                              /s/   Thomas D. Schroeder
February 13, 2026              United States District Judge